ACCEPTED
14-14-00846-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/14/2015 11:31:24 AM
CHRISTOPHER PRINE
CLERK



**HOUSTON | AUSTIN**

ROBERT A. PLESSALA
DIRECT DIAL   713.850.4217
rplessala@andrewsmyers.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

5/14/2015 11:31:24 AM

CHRISTOPHER A. PRINE
Clerk

May 14, 2015

**Via E-Filing**
Christopher A. Prine, Clerk
14th Court of Appeals
301 Fannin St., 2nd Floor
Houston, TX  77002

> RE:   Court of Appeals No. 14-14-00846-CV
> *Hector A. Espinoza and Elizabeth Sanchez, Appellants, v. Osiel Lopez,*
> *Appellee*

Dear Mr. Prine:

Per your request, please be advised that Robert A. Plessala will present oral argument on behalf of the Appellee, Osiel Lopez, in the above-referenced appeal scheduled for Thursday, May 21, 2015, at 1:30 p.m.

Very truly yours,

/s/ Robert A. Plessala

Robert A. Plessala

RAP/bhl

**Andrews Myers** • Attorneys at Law
3900 Essex Lane, Suite 800 • Houston, Texas 77027-5198
T 713.850.4200 F 713.850.4211 • andrewsmyers.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served, via e-mail on the following:

> **VIA EMAIL - RTOMLINSON@LONESTARLEGAL.ORG**
> Richard Tomlinson
> Lone Star Legal Aid
> 1415 Fannin Street, Suite 300
> Houston, TX 77002
> *Attorneys for Appellants,*
> *Hector Espinoza and Elizabeth Sanchez.*

on this the 14th day of May, 2015.

/s/ Robert A. Plessala
Robert A. Plessala
